MABEL RAPPOLD, Respondent, v. CARL F. RAPPOLD, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JAMES H. CAAN, Respondent, v. JOSEPH STEIR and Another, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SOCIAL INVESTIGATOR ELIGIBLES ASSOCIATION, Respondent, for an Order of Mandamus against JOSEPH D. MCGOLDRICK, Comptroller of the City of New York, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MORRIS FRIEDMAN, Respondent, for a Mandamus Order against JAMES E. FINEGAN and Others, Composing and Constituting the Municipal Civil Service Commission of the City of New York, and Others, Appellants, Impleaded with Another. MARTIN F. HENEGHAN, Intervening Defendant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRED H. ALBEE, Appellant, for an Order of Mandamus against THE NEW YORK ACADEMY OF MEDICINE and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY SEEL, as Administratrix, etc., of FRITZ SEEL, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALEXANDER RISOLI, Respondent, v. ANGELO NOBILE and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DAVID LIPPMAN, Plaintiff, v. L. M. BERKELEY, Appellant, and Others, Defendants. CHARLES E. BUCHNER, Referee, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEO JACOBSON, INC., Respondent, v. LOUIS ROESSEL & CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted for a stay pending arbitration. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FOWLER MANNING, Appellant, v. BAUER, POGUE & CO., INC., Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.